MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,  | ) | CASE NO. CR 14-0208 YGR |
|---|---|---|
| Plaintiff, | ) | **ORDER TO EXCLUDE TIME** |
| v. | ) |  |
| GLENN DERWIN UPSHAW AND TIARA RAMONA MAYS, | ) |  |
| Defendants. | ) |  |

    The parties appeared before the Honorable Yvonne Gonzalez Rogers on August 22, 2014, for a trial setting before the district court. At that hearing, the parties set the matter for trial to begin on January 26, 2015, due to professional and personal conflicts with counsel's schedule. With the agreement of counsel for the parties and the defendants, the Court now finds and holds as follows:

    1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 22, 2014, to January 26, 2015. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, consult with the defendant, and prepare for trial.

ORDER EXCLUDING TIME
CR 14-0208 YGR


2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 22, 2014, to January 26, 2015, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 22, 2014, to January 26, 2015, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 22, 2014

/s/
JEROME MATTHEWS
Counsel for Glenn Derwin Upshaw

DATED: August 22, 2014

/s/
JULIANA DROUS
Counsel for Tiara Ramona Mays

DATED: August 22, 2014

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 22, 2014

YVONNE GONZALEZ ROGERS
United States District Judge

ORDER EXCLUDING TIME
CR 14-0208 YGR