# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>GLENN D. UPSHAW, *et al.*,<br><br>    Defendants. | Case No.: 14-CR-208 YGR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 72 |

TO PLAINTIFF, DEFENDANT GLENN UPSHAW, AND COUNSEL OF RECORD:

You are hereby **ORDERED TO SHOW CAUSE** why proceedings on Defendant Glenn D. Upshaw's Amended Motion to Correct Sentence (Dkt. No. 72) should not be stayed pending resolution of the Supreme Court case *Welch v. United* States, No. 15-6418, which was argued on March 30, 2016.

A hearing on this Order to Show Cause will be held on **Friday, May 6, 2016** on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than April 29, 2016, counsel for Plaintiff and counsel for Defendant Glenn D. Upshaw shall file either: (1) responses to this Order to Show Cause not to exceed five (5) pages each; or (2) statement(s) explaining their failure to do so.  If the Court is satisfied with the parties' responses, the parties need not appear and the hearing will be taken off calendar.   Otherwise, counsel must personally appear at the hearing.

**IT IS SO ORDERED**.

Dated: April 14, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE